IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  
Charles F. Harris, Jr.  
Earline M. Harris  
DEBTORS  
ATTORNEY: Padgett & Robertson

CASE NO.: 14-03988-JCO-13  
DATE: 09/03/2020  
DATE CONFIRMED: 09/16/2015  
DATE CLOSED: 07/02/2020

## FINAL REPORT AND ACCOUNTING

I, Daniel B. O'Brien, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was COMPLETED.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $46,869.45

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| Atlanta Postal Credit Union | UNSECURED | $6,264.57 | 6.00 | $375.87 | $0.00 | $0.00 | $0.00 | $0.00 |
| Azalea City Federal Credit Union | MORTGAGE PAYM | $15,608.62 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Azalea City Federal Credit Union | MORTGAGE ARRE | $3,836.28 | 100.00 | $3,836.28 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALDWIN COUNTY REVENUE C | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALDWIN COUNTY REVENUE C | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALDWIN COUNTY REVENUE C | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALDWIN COUNTY REVENUE C | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BAY HOME MEDICAL SERVICES | UNSECURED | $128.71 | 6.00 | $7.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bellsouth Telecommunications, Inc | UNSECURED | $283.66 | 6.00 | $17.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| C SPIRE WIRELESS | UNSECURED | $1,114.39 | 6.00 | $66.86 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | PRIORITY | $12,410.62 | 100.00 | $12,410.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | UNSECURED | $6,436.51 | 6.00 | $386.19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates | UNSECURED | $468.73 | 6.00 | $28.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates | UNSECURED | $323.79 | 6.00 | $19.43 | $0.00 | $0.00 | $0.00 | $0.00 |
| SPRINT CORP | UNSECURED | $694.55 | 6.00 | $41.67 | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE FARM MUTUAL INSURAN | UNSECURED | $23,373.67 | 6.00 | $1,402.42 | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE FARM MUTUAL INSURAN | UNSECURED | $23,373.67 | 6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| State of Alabama, Dept of Revenue | UNSECURED | $473.12 | 6.00 | $28.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| State of Alabama, Dept of Revenue | PRIORITY | $568.13 | 100.00 | $568.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| State of Alabama, Dept of Revenue | PRIORITY | $2,010.88 | 100.00 | $2,010.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| State of Alabama, Dept of Revenue | UNSECURED | $243.87 | 6.00 | $14.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| Teddy J Faust Jr/Baldwin County Re | SECURED - PRO R | $319.06 | 100.00 | $319.06 | $0.00 | $0.00 | $0.00 | $0.00 |
| Teddy J Faust Jr/Baldwin County Re | SECURED - PRO R | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Teddy J. Faust, Jr. | SECURED - PRO R | $434.30 | 100.00 | $434.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | UNSECURED | $0.00 | 6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank, N.A. | MORTGAGE ARRE | $4,525.56 | 100.00 | $4,525.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Home Mortgage | MORTGAGE PAYM | $181,796.62 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Home Mortgage | MORTGAGE ARRE | $11,933.03 | 100.00 | $11,933.03 | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| PRIORITY | $14,989.63 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $21,048.23 |
| INTEREST | $0.00 |
| UNSECURED | $2,388.32 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $3,000.00 |
| TRUSTEE FEE: | $2,442.43 |
| REFUNDED TO DEBTOR: | $1,800.84 |
| ADMINISTRATIVE: | $1,200.00 |
| TOTAL: | $45,669.45 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Daniel B. O'Brien

Daniel B. O'Brien, Trustee